# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GA
# ATLANTA DIVISION

### DEBTOR'S NOTICE OF CHANGE OF ADDRESS FORM

CASE NAME:          RODERICK JUAN WILLIAMS

CASE NUMBER:        22-50615-LRC

BANKRUPTCY JUDGE:   LISA RITCHEY CRAIG

CASE CHAPTER:       7

**NEW ADDRESS:**     **RODERICK JUAN WILLIAMS**
**3588 HWY 138 SE**
**UNIT 214**
**STOCKBRIDGE, GA 30281**

   I certify that I have this date served the following in the foregoing matter with a copy of this Debtor's Change of Address Form by hand depositing in the United States Mail a true copy of same in a properly addressed envelope with adequate postage affixed thereto.

RODERICK JUAN WILLIAMS
3588 HWY 138 SE
UNIT 214
STOCKBRIDGE, GA 30281

Old Address:  RODERICK JUAN WILLIAMS
134 WILDWOOD DRIVE
STOCKBRIDGE, GA 30281

THIS CHANGE OF ADDRESS WAS FURNISHED BY:

Dated: __3/17/2022_____

_____/s/_____
Richard Thomson
GA Bar No. 710264

CLARK & WASHINGTON, LLC
3300 Northeast Expressway  Building 3
Atlanta, GA  30341
(404) 522-2222

igherasim
Mar-22